THE MANUFACTURERS' NATIONAL BANK, Respondent, *v.* DUD-LEY HALL et al., Defendants, THE EPPENS, SMITH & WIE-MAN COMPANY (Limited), Appellant.

(Submitted December 14, 1891; decided January 20, 1892.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made June 26, 1891, which affirmed an order of Special Term denying a motion to vacate an attachment issued in favor of the plaintiff.

*Root & Clarke* for appellant.

*George M. Pinney, Jr.,* for respondent.

Agree to affirm ; no opinion.
All concur, except PECKHAM, J., dissenting.
Order affirmed.